1 | Harry R. Ruprecht
Fort Pitt Commons Building
2 | 445 Fort Pitt Boulevard, Suite 400
Pittsburgh, PA 15219
3 | Telephone: (412) 281-7733
Facsimile: (412) 281-9421
4 | Email: hruprecht@msn.com

5 | Attorney for Plaintiff

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX
MARKETING SALES PRACTICES AND
13 | PRODUCT LIABILITY LITIGATION

**Case No.: 06-6779 CRB**

**MDL NO. 1699**
**District Judge: Charles R. Breyer**

14

15 | Louise M. Porac,

16 | Plaintiff,

**STIPULATION AND ORDER OF**
**DISMISSAL WITH PREJUDICE**

17 | vs.

18 | Pfizer Inc,

19 | Defendant.

20

21

22 | Come now the Plaintiff and Defendant in the above-entitled action, by and through the

23 | undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

24 | stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

25 | //

26 | //

27 | //

28 | //

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

1    fees and costs. Nothing in this dismissal shall preclude Plaintiff from contesting the Common
2    Benefit Fund legal fees and costs.
3
4
5
6
7    DATED: _Jan 18 2012_    By: _____
8                            **HARRY R. RUPRECHT**
                             Fort Pitt Commons Building
9                            445 Fort Pitt Boulevard, Suite 400
                             Pittsburgh, Pennsylvania 15219
10                           Telephone: (412) 281-7733
                             Facsimile: (412) 281-9421
11
12                           *Attorney for Plaintiff*
13
14   DATED: _Jan. 18, 2012_   By: _____
15
16                           **DLA PIPER LLP (US)**
                             1251 Avenue of the Americas
17                           New York, New York 10020
                             Telephone: (212) 335-4500
18                           Facsimile: (212) 335-4501
19                           *Defendants' Liaison Counsel*
20
21
22   **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
     IT IS SO ORDERED.**
23
24   Dated: _Feb. 6, 2012_
25                           Hon. Charles R. Breyer
                             United States District Court
26
27                                   IT IS SO ORDERED
28                                   Judge Charles R. Breyer

-2-