```
1  Harry R. Ruprecht
   Fort Pitt Commons Building
2  445 Fort Pitt Boulevard, Suite 400
   Pittsburgh, PA 15219
3  Telephone: (412) 281-7733
   Facsimile: (412) 281-9421
4  Email: hruprecht@msn.com

5  Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No.: 06-6779 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Louise M. Porac,<br><br>             Plaintiff,<br>vs.<br>Pfizer Inc,<br><br>             Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff and Defendant in the above-entitled action, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'

//
//
//
//

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

fees and costs. Nothing in this dismissal shall preclude Plaintiff from contesting the Common Benefit Fund legal fees and costs.

DATED: Jan 18, 2012        By: /s/ Harry R. Ruprecht

**HARRY R. RUPRECHT**
Fort Pitt Commons Building
445 Fort Pitt Boulevard, Suite 400
Pittsburgh, Pennsylvania 15219
Telephone: (412) 281-7733
Facsimile: (412) 281-9421

*Attorney for Plaintiff*

DATED: Jan. 18, 2012        By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 6, 2012

Hon. Charles R. Breyer
United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

TOTAL P.03